Rel: April 12, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2023-2024

SC-2023-0586

Kristie Meshal Bearden v. Jerry Brakefield (Appeal from Marshall Circuit Court: CV-22-10).

MENDHEIM, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Shaw, Bryan, and Mitchell, JJ., concur.